Danny Wayne Sport
Name

Wy. Co. Detention Center

701 N. 7th Street K.C.K. 66101
Address

FILED
JAN 07 2021
Clerk, U.S. District Court
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Danny Wayne Sport, Plantiff (Full Name) | CASE NO. 21-3008-SAC (To be supplied by the Clerk) |
| V. | |
| K.C.K.P.D, Defendant (s) | CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

## A. JURISDICTION

1) Danny Wayne Sport (Plaintiff), is a citizen of Kansas (State)

who presently resides at 701 North 7th Street Kansas City, Kansas 66101 Wy. Co. Detention Center (Mailing address or place of confinement.)

2) Defendant Kansas City Kansas Police Dept (Name of first defendant) is a citizen of 700 Minnesota Ave Kansas City, Kansas (City, State), and is employed as Sgt Webb # Carl # 1922 (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

During Apprehension/Arrest Excessive Force was used resulting in physical damages

3) Defendant K.C.K.P.D. Officers Daniel Albright #2030, is a citizen of
(Name of second defendant)

Timothy Carney #2099, Collin Ward # 2101, and is employed as
(City, state)

Kansas City, Kansas Police Officers. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

During Apprehension/Arrest excessive force was used and Aided and Aberted by Sgt Webb and assisting officers

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

Not At the present time

B. NATURE OF THE CASE

1) Briefly state the background of your case:

During my Apprehension/Arrest on August 21st 2020 At the Crest Motel 8600 State Ave K.C.K. 66109 Sgt. Webb # ~~220~~ #1922 struck me repeatedly in my back, neck, and shoulder areas in Additions to my right leg and Ankle areas while I was face down on the ground. See Attached * informations) The results of this unecessary, Aggressive Actions has subsequently caused significant injuries and continuous pain

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Excessive Force / Police Brutality
* (See Attached Informations)

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):
During the Aforementioned Apprehension / Arrest on August 21st 2020 in the wooded Area Adjacent to the Crest Motel 8600 State Ave K.C.K 66109 Sgt. Webb exerted excessive force striking me with a baton weapon with severe force to my back, neck, shoulder, leg and ankle

* B) (1) Count II: (See Attached Informations)
(Officer Narrative Reports / witness Statements etc...)

(2) Supporting Facts:

C) (1) Count III: ______

(2) Supporting Facts: ______

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: N/A

Defendants: ______

b) Name of court and docket number –

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

d) Issues raised ______

e) Approximate date of filing lawsuit N/A

f) Approximate date of disposition

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Wrote Complaint Letter to Kansas City, Kansas Police Dept Requesting All Relevant Informations to file Formal Complaints

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Compensentory / Punitive / Legal Representative Fees

Signature of Attorney (if any)

Danny Spot
Signature of Plaintiff

(Attorney's full address and telephone number)

# KANSAS CITY KANSAS POLICE DEPARTMENT

## SUPERVISOR INQUIRY OF OFFICER DEFENSIVE ACTION

The purpose of this report is to assist the Supervisor in conducting an inquiry surrounding the circumstances requiring an officer to use force and to review the officers use of force to initially determine if departmental policy was adhered to and if further action is required.

Page 1 of 2

| DATE | TIME | LOCATION | DISTRICT | COMPLAINT # |
|---|---|---|---|---|
| 8/21/2020 | 0050 | 8600 State Ave. Kansas City, KS | 222 | 2020-93422 |

**REASON THE OFFICER USED FORCE** (Check all that apply):

| | | | |
|---|---|---|---|
| ☒ TO EFFECT AN ARREST | ☐ TO DEFEND ANOTHER OFFICER | ☐ TO PREVENT A VIOLENT FELONY | ☐ FIELD FORCE OPERATION |
| ☐ TO DEFEND SELF | ☐ TO DEFEND ANOTHER PERSON | ☐ TO PREVENT A VIOLENT MISDEMEANOR | ☐ TO RESTRAIN FOR SUBJECT'S SAFETY |

**SUPERVISOR'S SYNOPSIS OF FINDINGS:** NUMBER OF OFFICERS APPLYING FORCE: 1

| | |
|---|---|
| (1) OFFICER APPLYING FORCE: Sgt. Carl Webb #1922 | (2) OFFICER APPLYING FORCE: |
| DID THE OFFICER FOLLOW DEPARTMENTAL POLICY: ☒YES ☐NO | DID THE OFFICER FOLLOW DEPARTMENTAL POLICY: ☐YES ☐NO |
| WAS OFFICER USE OF FORCE APPROPRIATE TO INCIDENT: ☒YES ☐NO | WAS OFFICER USE OF FORCE APPROPRIATE TO INCIDENT: ☐YES ☐NO |
| (3) OFFICER APPLYING FORCE: | (4) OFFICER APPLYING FORCE: |
| DID THE OFFICER FOLLOW DEPARTMENTAL POLICY: ☐YES ☐NO | DID THE OFFICER FOLLOW DEPARTMENTAL POLICY: ☐YES ☐NO |
| WAS OFFICER USE OF FORCE APPROPRIATE TO INCIDENT: ☐YES ☐NO | WAS OFFICER USE OF FORCE APPROPRIATE TO INCIDENT: ☐YES ☐NO |

**SUPERVISOR'S SYNOPSIS OF INVESTIGATIVE FINDINGS:**

Officers were dispatched to the area on a reported burglary and aggravated assault in progress. Caller advised the suspect was trying to force entry by pushing in a window AC unit, and had pointed a handgun at her. Upon arrival in the area officers advised the suspect had ran north into a wooded area. Sgt. Webb entered the woods to assist with searching for the suspect. Sgt. Webb observed the suspect lying face down in a heavily wooded area. Sgt. Webb removed his expandable baton from its holster and used it to push some of the heavy brush out of the way. Sgt. Webb gave the suspect verbal commands to not move and to show him his hands. The suspect attempted to push himself up in what Sgt. Webb believed was an attempt to get to his feet to either resist or flee. Sgt. Webb cleared the gap between them and struck the suspect three (3) times aiming for the common peroneal in the.(continued)

**WAS SUBJECT INJURED?** * ☐ YES ☒ NO *(Complete Diagram Below)

| OFFICER TAKING ALL PHOTOS | SERIAL # | TOTAL # OF PHOTOS |
|---|---|---|
| | | |

**DESCRIBE THE EXTENT OF SUBJECT'S INJURIES AND PLACE ON THE DIAGRAM:**
**SUBJECT # 1**

| WITNESS OR PERSON WITH KNOWLEDGE: | ADDRESS: | PHONE OR CONTACT #: |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |

**WAS OFFICER INJURED?** * ☐ YES ☒ NO *(Complete Diagram Below) OFFICER # (See Above)

**DESCRIBE THE EXTENT OF OFFICER'S INJURIES AND PLACE ON THE DIAGRAM:**

| SUPERVISOR'S SIGNATURE | SERIAL # | DATE |
|---|---|---|
| | | DATE |

**Administrative Review by Station/Unit Commander**

☒ Officers' actions were within Department guidelines.
☐ Training need consideration (explain in narrative).
☐ Policy change consideration (explain in narrative).
☐ Other (explain in narrative).

**Narrative:**
ACTIONS APPEAR TO BE WITHIN DEPT GUIDELINES.
NO FURTHER ACTION TAKEN.

| COMMANDER'S SIGNATURE | SERIAL # | Date of Review: |
|---|---|---|
| CPT. [signature] | 1919 | 8/21/2020 |

KCKPD FORM #(12/2013) 0034

# KANSAS CITY, KANSAS POLICE DEPARTMENT — DOMESTIC VIOLENCE SUPPLEMENT

| Victim's Name (L, F, M): | Date of Birth: | Complaint Number: |
|---|---|---|
| BUNCH, MALENA, JOY | 09.19.80 | 2020-93422 |

I Responded to a call of: A DISTURBANCE at 8600 STATE AVE, #7

I found the victim: IN THE MOTEL ROOM

## ORIGINAL CRIME DESCRIPTION

### VICTIM

- ☐ Angry
- ☐ Apologetic
- ☒ Crying
- ☒ Fearful
- ☐ Hysterical
- ☐ Calm
- ☒ Afraid
- ☐ Irrational
- ☐ Other: Explain in Narrative
- ☐ Comp. Of Pain
- ☐ Bruised
- ☐ Abrasions
- ☐ Minor Cuts
- ☐ Lacerations
- ☐ Fractures
- ☐ Concussion
- ☒ Nervous

Always explain "OPPOSITES" in narrative.

### VICTIM'S WRITTEN STATEMENT

VERBAL STATEMENT INCLUDED IN INCIDENT SUPP.

Victim's Signature

CONTINUED ON ADDENDUM INVESTIGATIVE ☐

Suspect's Name: DANNY SPORT

- ☐ Angry
- ☐ Apologetic
- ☐ Crying
- ☐ Fearful
- ☐ Hysterical
- ☒ Calm
- ☐ Afraid
- ☐ Irrational
- ☐ Threatening
- ☐ Other: Explain in Narrative
- ☐ Comp. Of Pain
- ☐ Bruised
- ☐ Abrasions
- ☐ Minor Cuts
- ☐ Lacerations
- ☐ Fractures
- ☐ Concussion
- ☐ Nervous

Always explain "OPPOSITES" in narrative.

### RELATIONSHIP BETWEEN VICTIM & SUSPECT

Mark all that apply:

- ☐ Spouse
- ☒ Former Dating
- ☐ Co-Habitants
- ☐ Same Sex
- ☐ Parent of Child from Relationship
- ☐ Former Co-Habitants
- ☐ Emancipated Minor
- ☐ Former Spouse
- ☐ Dating/Engaged

### LENGTH OF RELATIONSHIP:

4 Years(s) 0 Month(s)

If Applicable:
Date Relationship Ended: 8.18.20

### CONDITION OF RESIDENCE:

Explain: SOMEWHAT DIRTY

### MEDICAL TREATMENT

- ☒ None
- ☐ First Aid
- ☐ Paramedics
- ☐ Will Seek Own Doctor
- ☐ Hospital
- ☐ Refused Medical Aid

Paramedics at Scene? ☐ Yes ☒ No

Unit Number: —

Names & ID #: —

Hospital: —

Attending Physician(s):

## EVIDENCE

### EVIDENCE COLLECTED:

From: ☐ Crime Scene ☐ Hospital Other: Explain in Narrative

Photos: ☐ No ☒ Yes, Number: 0

Type: ☐ 35mm ☐ Polaroid ☒ Digital

Taken By: OFC. ALBRIGHT

Weapon Seized: 9MM TAURUS G2C

### DESCRIBE ALL PHOTOGRAPHS:

Photos of Victims Injuries: ☐ Yes ☒ No

Photos of Suspects Injuries: ☐ Yes ☒ No

Weapon Used During Incident: ☒ Yes ☐ No

Type of Weapon Used: FIREARM

Firearms Taken for Safety:

## DISPOSITION

### DESCRIBE ALL EVIDENCE AND DISPOSITION

OFFICERS RESPONDED TO 8600 STATE AVE, #7, ON A REPORTED DISTURBANCE INVOLVING DANNY SPORT. SPORT RAN INTO THE WOODS WHERE HE WAS LATER TAKEN INTO CUSTODY. UPON SPEAKING WITH THE VICTIM, SHE ADVISED THE SUSPECT SHOVED HER INTO THE WALL, AND SHOVED A BLACK HANGUN INTO HER STOMACH. THE SUSPECT, DANNY SPORT, WAS BOOKED ON TODAY'S CHARGES AS WELL AS A COMMERCIAL BURGLARY THAT OCCURRED THE WEEK BEFORE.

| Reporting Officer | Serial Number | Unit | Date/Time | Supervisor |
|---|---|---|---|---|
| [signature] | 2107 | 221 | 8-21-20, 0700 | Sgt. [signature] #922 |

KCKPD FORM #210 (06/2006)

A) (1) Count I

As noted in the Kansas City, Kansas Police Department's Supervisor Iquiry of Officer Defensive Action Report signed by Captain Stephen Smith # 1919 indicates "Actions Appear to be within Dept. Guidelines" "No Further Action Taken"

However, contained in same said report Sgt. Carl Webb # 1922 observed the suspect lying face down in a heavily wooded area. Sgt Webb then removes his baton from it's holster issuing verbal commands do not move and to show him his hands. Sgt Webb further states I (the suspect) attempted to push myself up in what Sgt Webb "believed" was an attempt to get to my feet to either resist or flee. Sgt Webb's then admits striking me a total of (3) three times aiming for the common peroneal in the right leg area (See enclosed copy) look at pitcher he hit me in my Left leg area.

However conflicting evidences clearly reflect I was struck repeatedly in my back, neck and shoulder area's (See enclosed photographs) taken imediately upon transport and arrival to the Wyandotte County Detention Center by Wyandotte County ~~Sheriffs~~ Department personel. These said photos depicts graphic Kck PD marks on my back/shoulder area consistent to the baton's dimensions. In additions during the initial apprehension as I am still lying face down an unidentified assisting officer drives his knee into the back

cont...

A (1) COUNT I CONT.

of my neck and head area several times with enough force to break my back jaw teeth and nearly lose consciensciousness

Further, as depicted in the Evidence Custody Reciept collected by Det. A.J. Parriot #1905 (on back of form) reflects Post-Incident Physical Observations only (2) two A-B "minor scratchs" to my front chest area only (See enclosed copy)

Additionally contained within the Supervisor Inquiry of Officer Defensive Action Report cites in Post Incident observation of physical and mental condition of the suspect (34) A. Imediately following Final Control Technique I am observed Yelling and Questioning officers purposes for contact with me.
B. 15 Minutes Following Final Control Techinque I am inside police vehicle # 183 calming down and being cooperative
C. 30 Minutes Following Final Control Technique I am still inside police vehicle # 183 calm awaiting transport to detention and remained calm and passive to detention

Also noted in same said report there exists no indications of skin discolorations (33A) which directly contrasts with my documented injuries

A) (1) Count 1 cont. (2)

Contained within the Domestic Violence Supplement Report reflect no photos being taken. In additions noted within the Supervisor Inquiry of Officer Defensive Action Report cites no witnesses nor cameras are found

As admitted by Sgt Webb and assisting officers narrative reports I was lying facedown attempting to free myself of being in dense ~~brusl~~ brush when struck by Sgt Webb in no way presenting or projecting attempts to resist or flee the area with further is supported by my calm, passive demeanor imediately after apprehension. In additions excessive force was used to the extent of breaking bones (teeth) while I was face down on the ground posing no threat to anyone nor to evade or flee.

(See All medical/dental reports)

Kansas City, Kansas Police Department

Dec 28, 2020
Case number;
2020-00093422

Attn: Captain Stephen Smith
#1919
RE: Civil Complaint

Sirs,

I respectfully request response to this, my second written request seeking a Formal Complaints form against the following Officers currently under your command;

Sargent Carl Webb # 1922;
Officers Colin Ward # 2101, Timothy Carney # 2099, and Daniel Albright # 2030

The purposes for my justified request results from incidents occurring during my apprehension / arrest with report filed August 21, 2020

I initially sent previous correspondence seeking the aforementioned forms / prerequisited informations several weeks ago recieving no such complaint forms / informations or acknowledgements of my entitled rights to pursue said actions

cont...

Further, the aforem captioned Officers exhibited unecessary excessive force during my arrest which is supported by medical documented facts as well as photographs taken imediately upon arrival at the Wyandotte County Dentention Center by Wyandotte County Sheriff's personel

I therefore in lieu of my incarcerations respectfully request the Formal Complaint Forms and any/all other required informations be forwarded directly here to me at the Wyandotte County Dentention Center in the imediate future

Thank you for your time and considerations regarding these serious matters

Det Cell 913-574-7907
emorgan@ kckpd.org

Danny W. [signature]
I.D. # 241110

I Talk to Det
Cameron morgan #1961
Internal affairs and he is going to get a copy of my X-RAY of my Shoulder and the X-RAY of my teeth and he took a pitcher of my teeth that wyco Dentics pulled out and he is going to put Bouth civecase and Crimecase 2 of 2 together and he told me to have you guys get the lawyer to get all the copes INFO